# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2021

Bridget M. McCormack,
Chief Justice

161658(65)

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

AHMED OMER,
        Plaintiff-Appellee,

v

                                      SC: 161658
                                      COA: 344310

STEEL TECHNOLOGIES, INCORPORATED,     MCAC: 14-000013
and NEW HAMPSHIRE INSURANCE
COMPANY,
        Defendants-Appellants.
_____/

       On order of the Chief Justice, the motion of the Michigan Self-Insurers' Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 5, 2021, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2021

Clerk